UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SULAYMAN SARR, | CASE NO. 2:26-cv-1560-JNW |
| Petitioner, | ORDER GRANTING IFP APPLICATION |
| v. | |
| TODD BLANCHE, et al., | |
| Respondents. | |

Petitioner Sulayman Sarr has filed a proposed 28 U.S.C. § 2241 habeas petition, Dkt. No. 1-1, and an application to proceed in forma pauperis ("IFP"), Dkt. No. 1. Sarr's IFP application indicates that he has no savings or income. Dkt. No. 1 at 1–2. On this record, the Court finds that Sarr would experience financial difficulty in paying the filing fee. Accordingly, the Court GRANTS the IFP application.

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER GRANTING IFP APPLICATION - 1

Dated this 18th day of May, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IFP APPLICATION - 2